AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Dwight Xavier Jones, aka Dwight Xavier Jones #66859-510, aka Dwight Xavier Jones #1059-5401, aka Dwight X Jones, aka Dwight Jones<br>*Plaintiff*<br>v.<br>Federal Correctional Institution 2<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.   5:25-cv-1278-SAL<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: This case is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Sherri A. Lydon, United States District Judge.

ROBIN L. BLUME
*CLERK OF COURT*

Date:  April 25, 2025

s/Debbie Stokes
*Signature of Clerk or Deputy Clerk*